**94–871.** State v. Tubbs. *Mahoning County,* No. 92 C.A. 45. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

On motion for leave to file instanter memorandum in support of jurisdiction (filed before June 1, 1994). Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–885.** State v. Leibold. *Cuyahoga County,* No. 62071. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**94–981.** Zukowski v. M/I Homes, Inc. *Franklin County,* No. 93AP–1096. On motion for leave to supplement the record. Motion denied.